UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMUEL KATZ,<br><br>    Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.,<br><br>    Defendant. | Case No. 22-cv-05680-VKD<br><br>**ORDER TO SHOW CAUSE RE PRO HAC VICE APPLICATION**<br><br>Re: Dkt. No. 8 |

On October 4, 2022, Anthony Paronich filed an application for leave to appear pro hac vice on behalf of plaintiff Samuel Katz.[1] Dkt. No. 8. Mr. Paronich's application indicates that he is an active member of the bar of Massachusetts. *Id*. The application further states that Mr. Paronich has been granted pro hac vice admission in the Northern District of California 9 times in the 12 months preceding his present application. *Id*. The Court's independent search of its records indicates that he has also appeared in over 30 cases in this district in the past six years, including the present action.

Admission to appear pro hac vice in an action pending in the Northern District of California is governed by Civil Local Rule 11-3. That rule provides that "[u]nless authorized by an Act of Congress or by an order of the assigned Judge, an applicant is not eligible for permission to practice pro hac vice if the applicant: (1) [r]esides in the State of California; or (2) [i]s regularly engaged in the practice of law in the State of California." Civil L.R. 11-3(c). Disqualification under Civil Local Rule 11-3(c) does not apply only where the applicant has (1) been a resident of

---

[1] Mr. Paronich initially filed an application on October 3, 2022 using an outdated form. Dkt. No. 5. He re-filed his application using the current form on October 4, 2022.

1  California for less than one year; (2) registered with, and completed all required applications for

2  admission to, the State Bar of California; and (3) officially registered to take or is awaiting results

3  from the California State Bar exam. *Id*.

4        Based on Mr. Paronich's pending application, it is not apparent that he resides in

5  California. However, he is directed to file a response to this order, showing cause why his

6  application for pro hac vice should be granted in view of the prohibition against such an

7  appearance for applicants who are "regularly engaged in the practice of law in the State of

8  California." Civil L.R. 11-3(c)(2); *see also Nalan v. Access Finance, Inc*., No. 5:20-cv-02785-

9  EJD, 2020 WL 12863495 (N.D. Cal. Oct. 23, 2020) (revoking pro hac vice admission of attorney

10  who regularly engaged in the practice of law in California, including by signing documents filed

11  with the court and making appearances on behalf of his clients). Mr. Paronich's response should

12  also indicate whether any of the exceptions to disqualification in Civil Local Rule 11-3 apply. Mr.

13  Paronich's response shall be filed no later than **October 18, 2022**.

14  **IT IS SO ORDERED.**

15  Dated: October 11, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge