

Anthony Paronich <anthony@paronichlaw.com>

---

## Re: Documents
1 message

---

**Cody Towns** <ctowns@townslawfirm.com>                                                   Thu, Aug 31, 2023 at 5:39 PM
To: Anthony Paronich <anthony@paronichlaw.com>

   I honestly don't know, but will check and let you know.

   Thanks

> On Aug 31, 2023, at 1:45 PM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>
>
> Hello, Cody. Would you prefer that I send a Waiver of Service to you or the other attorney you've mentioned to me? If I don't hear tomorrow, I'll send it to you since you've already represented them in this action.
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> [o] (617) 485-0018
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
>
>
> On Fri, Aug 18, 2023 at 3:11 PM Anthony Paronich <anthony@paronichlaw.com> wrote:
>> It's already been filed.
>>
>>> On Aug 18, 2023, at 3:02 PM, Cody Towns <ctowns@townslawfirm.com> wrote:
>>>
>>>
>>> Anthony,
>>>
>>>
>>> Would like to see if we can have a call Wednesday prior to your filing an amendment adding Conversion Kings. Are you available?
>>>
>>> Thank you,
>>>
>>> Cody
>>>
>>>
>>> **Cody L. Towns**
>>> Towns Law Firm
>>>
>>> A Texas Professional Corporation
>>>
>>> 469.421.1500
>>>
>>>                                                                        469.421.1501 direct
>>>
>>>                                                                        469.421.1505 facsimile
>>>
>>>
>>>                                                                        www.TownsLawFirm.com

Case 3:23-cv-00145-S   Document 76-1   Filed 11/08/23   Page 2 of 4   PageID 283

The information in this email may be confidential and/or privileged. This email may be reviewed only by the intended recipient named above. Any review, use or disclosure of the information contained in this email, or any attachments by anyone other than the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and permanently delete this email from your system.

Pursuant to Department of Treasury Circular 230, this email and any attachment hereto, is not intended or written to be used, and may not be used by the recipient, for the purpose of avoiding any federal tax penalty which may be asserted.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Friday, August 18, 2023 12:02 PM
**To:** Cody Towns <ctowns@townslawfirm.com>
**Subject:** RE: Documents

Hey, Cody. We are going to be filing an Amended Complaint naming Conversion Kings. So, if you're going to be representing them in the litigation, please let us know and we can work through a Waiver of Service, etc.

**From:** Cody Towns <ctowns@townslawfirm.com>
**Sent:** Thursday, August 17, 2023 1:58 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Documents

Perfect

> On Aug 17, 2023, at 12:56 PM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>
> Sure, does 4:00 PM EST work?
>
>> **From:** Cody Towns <ctowns@townslawfirm.com>
>> **Sent:** Thursday, August 17, 2023 1:56 PM
>> **To:** Anthony Paronich <anthony@paronichlaw.com>
>> **Subject:** Re: Documents
>>
>> I get back tonight. Can we talk tomorrow?
>>
>>> On Aug 17, 2023, at 12:55 PM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>>>
>>> Thanks, Cody. We'd like to confer on Document Request No. 7 and 8, so are you available to chat this afternoon?

**From:** Cody Towns <ctowns@townslawfirm.com>
**Sent:** Thursday, August 17, 2023 1:55 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: Documents

Anthony,

In case my prior email did not get through, we would like to have an opportunity to talk with you before publishing any of the documents into the public record.

Thanks,

Cody

## Cody L. Towns

Towns Law Firm

A Texas Professional Corporation

469.421.1500

469.421.1501 direct

469.421.1505 facsimile

www.TownsLawFirm.com

The information in this email may be confidential and/or privileged. This email may be reviewed only by the intended recipient named above. Any review, use or disclosure of the information contained in this email, or any attachments by anyone other than the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and permanently delete this email from your system.

Pursuant to Department of Treasury Circular 230, this email and any attachment hereto, is not intended or written to be used, and may not be used by the recipient, for the purpose of avoiding any federal tax penalty which may be asserted.

---

**From:** Cody Towns
**Sent:** Wednesday, August 16, 2023 6:03 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Documents

Weird.

I am about to board a flight to chicago but will email them tonight.

> On Aug 16, 2023, at 5:53 PM, Anthony Paronich <anthony@paronichlaw.com> wrote:

Nope, let's e-mail them over or use a dropbox FTP I send, because I have lots of documents available on Clio, just not those.

---

**From:** Cody Towns <ctowns@townslawfirm.com>
**Sent:** Wednesday, August 16, 2023 6:12 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Documents

Anthony,

We just re-sent the Clio link with the docs.  Please advise if you received.

Thanks

## Cody L. Towns

Towns Law Firm

A Texas Professional Corporation

469.421.1500

469.421.1501 direct

469.421.1505 facsimile

www.TownsLawFirm.com

The information in this email may be confidential and/or privileged. This email may be reviewed only by the intended recipient named above. Any review, use or disclosure of the information contained in this email, or any attachments by anyone other than the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and permanently delete this email from your system.

Pursuant to Department of Treasury Circular 230, this email and any attachment hereto, is not intended or written to be used, and may not be used by the recipient, for the purpose of avoiding any federal tax penalty which may be asserted.