11/8/23, 5:36 AM　　　Paronich Law, P.C. Mail - RE: Activity in Case 3:23-cv-00145-S Katz v. Caliber Home Loans, Inc. Waiver of Service Returned

Case 3:23-cv-00145-S   Document 76-3   Filed 11/08/23   Page 1 of 6   PageID 295



Anthony Paronich <anthony@paronichlaw.com>

## RE: Activity in Case 3:23-cv-00145-S Katz v. Caliber Home Loans, Inc. Waiver of Service Returned
1 message

**Cody Towns** <ctowns@townslawfirm.com>　　　　　　　　　　　　　　　　　　Fri, Sep 29, 2023 at 4:04 PM
To: Anthony Paronich <anthony@paronichlaw.com>

Will do.  Thank you and have a great weekend.

Cody L. Towns

Towns Law Firm

A Texas Professional Corporation

469.421.1500

469.421.1501 direct

469.421.1505 facsimile

www.TownsLawFirm.com

The information in this email may be confidential and/or privileged. This email may be reviewed only by the intended recipient named above. Any review, use or disclosure of the information contained in this email, or any attachments by anyone other than the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and permanently delete this email from your system.

Pursuant to Department of Treasury Circular 230, this email and any attachment hereto, is not intended or written to be used, and may not be used by the recipient, for the purpose of avoiding any federal tax penalty which may be asserted.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Friday, September 29, 2023 3:03 PM
**To:** Cody Towns <ctowns@townslawfirm.com>
**Subject:** Re: Activity in Case 3:23-cv-00145-S Katz v. Caliber Home Loans, Inc. Waiver of Service Returned

Yes, please just accurately reflect our position in the motion, which is that we are open to an extension of discovery, but not staying the case, until after disposition of your rule 12 motion.

11/8/23, 5:36 AM    Paronich Law, P.C. Mail - RE: Activity in Case 3:23-cv-00145-S Katz v. Caliber Home Loans, Inc. Waiver of Service Returned

Case 3:23-cv-00145-S   Document 76-3   Filed 11/08/23   Page 2 of 6   PageID 296

On Sep 29, 2023, at 4:01 PM, Cody Towns <ctowns@townslawfirm.com> wrote:

I truly appreciate the offer and your professional courtesy, but we are going to ask the court to postpone discovery until ruling on our upcoming Rule 12b motion, based on the facts as contained in our discovery responses. This is one of the issues that we wished to discuss, but my assumption is that your client(s) would oppose. Please confirm, or we can discuss next week.

Thanks,

Cody

Cody L. Towns

Towns Law Firm

A Texas Professional Corporation

469.421.1500

469.421.1501 direct

469.421.1505 facsimile

www.TownsLawFirm.com

The information in this email may be confidential and/or privileged. This email may be reviewed only by the intended recipient named above. Any review, use or disclosure of the information contained in this email, or any attachments by anyone other than the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and permanently delete this email from your system.

Pursuant to Department of Treasury Circular 230, this email and any attachment hereto, is not intended or written to be used, and may not be used by the recipient, for the purpose of avoiding any federal tax penalty which may be asserted.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Friday, September 29, 2023 2:48 PM
**To:** Cody Towns <ctowns@townslawfirm.com>
**Subject:** RE: Activity in Case 3:23-cv-00145-S Katz v. Caliber Home Loans, Inc. Waiver of Service Returned

We're open to a courtesy extension, for sure, but not that the production would come only after a responsive pleading, so how much time were you looking for on the extension?

11/8/23, 5:36 AM  Paronich Law, P.C. Mail - RE: Activity in Case 3:23-cv-00145-S Katz v. Caliber Home Loans, Inc. Waiver of Service Returned

Case 3:23-cv-00145-S   Document 76-3   Filed 11/08/23   Page 3 of 6   PageID 297

**From:** Cody Towns <ctowns@townslawfirm.com>
**Sent:** Friday, September 29, 2023 3:47 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: Activity in Case 3:23-cv-00145-S Katz v. Caliber Home Loans, Inc. Waiver of Service Returned

Anthony,

We are preparing a motion to extend our discovery response time until after our answer deadline, as one of the things I was wanting to discuss (although much of the responsive information that we would not object to has already been produced). I assume that your clients are opposed?

Thanks,
Cody

## Cody L. Towns

Towns Law Firm

A Texas Professional Corporation

469.421.1500

469.421.1501 direct

469.421.1505 facsimile

www.TownsLawFirm.com

The information in this email may be confidential and/or privileged. This email may be reviewed only by the intended recipient named above. Any review, use or disclosure of the information contained in this email, or any attachments by anyone other than the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and permanently delete this email from your system.

Pursuant to Department of Treasury Circular 230, this email and any attachment hereto, is not intended or written to be used, and may not be used by the recipient, for the purpose of avoiding any federal tax penalty which may be asserted.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Thursday, September 28, 2023 3:11 PM
**To:** Cody Towns <ctowns@townslawfirm.com>

**Subject:** RE: Activity in Case 3:23-cv-00145-S Katz v. Caliber Home Loans, Inc. Waiver of Service Returned

Hey, Cody. Conversion King's discovery responses are due on October 3. How about we set up a time to discuss after we have those?

---

**From:** Cody Towns <ctowns@townslawfirm.com>
**Sent:** Thursday, September 28, 2023 4:09 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: Activity in Case 3:23-cv-00145-S Katz v. Caliber Home Loans, Inc. Waiver of Service Returned

Do you have time for a call to discuss this matter next week?

Thanks,
Cody

## Cody L. Towns

Towns Law Firm

A Texas Professional Corporation

469.421.1500

469.421.1501 direct

469.421.1505 facsimile

www.TownsLawFirm.com

The information in this email may be confidential and/or privileged. This email may be reviewed only by the intended recipient named above. Any review, use or disclosure of the information contained in this email, or any attachments by anyone other than the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and permanently delete this email from your system.

Pursuant to Department of Treasury Circular 230, this email and any attachment hereto, is not intended or written to be used, and may not be used by the recipient, for the purpose of avoiding any federal tax penalty which may be asserted.

**From:** Cody Towns
**Sent:** Monday, September 18, 2023 5:12 PM

11/8/23, 5:36 AM                Paronich Law, P.C. Mail - RE: Activity in Case 3:23-cv-00145-S Katz v. Caliber Home Loans, Inc. Waiver of Service Returned

Case 3:23-cv-00145-S   Document 76-3   Filed 11/08/23   Page 5 of 6   PageID 299

**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Activity in Case 3:23-cv-00145-S Katz v. Caliber Home Loans, Inc. Waiver of Service Returned

Thanks.

Cody

> On Sep 18, 2023, at 5:09 PM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>
> FYI
>
> ---
>
> **From:** ecf_txnd@txnd.uscourts.gov <ecf_txnd@txnd.uscourts.gov>
> **Sent:** Monday, September 18, 2023 3:24 PM
> **To:** Courtmail@txnd.uscourts.gov
> **Subject:** Activity in Case 3:23-cv-00145-S Katz v. Caliber Home Loans, Inc. Waiver of Service Returned
>
> This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered by Paronich, Anthony on 9/18/2023 at 2:24 PM CDT and filed on 9/18/2023

| | |
|---|---|
| **Case Name:** | Katz v. Caliber Home Loans, Inc. |
| **Case Number:** | 3:23-cv-00145-S |
| **Filer:** | |
| **Document Number:** | 64 |

**Docket Text:**
**WAIVER OF SERVICE Returned Executed as to Conversion Kings, LLC. Waiver sent on 9/3/2023. (Paronich, Anthony)**

11/8/23, 5:36 AM  Paronich Law, P.C. Mail - RE: Activity in Case 3:23-cv-00145-S Katz v. Caliber Home Loans, Inc. Waiver of Service Returned

Case 3:23-cv-00145-S   Document 76-3   Filed 11/08/23    Page 6 of 6   PageID 300

**3:23-cv-00145-S Notice has been electronically mailed to:**

Anthony I Paronich     anthony@paronichlaw.com

Chris R Miltenberger      chris@crmlawpractice.com, cmilt@miltenbergerlaw.com, rkmilt@crmlawpractice.com

Elizabeth Gardner     egardner@perkinscoie.com

Jeff Kaplan     jkaplan@jamsadr.com, jstephenson@jamsadr.com

Kristine Elizabeth Kruger     kkruger@perkinscoie.com

**3:23-cv-00145-S Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=9/18/2023] [FileNumber=15035545-0] [5a633195f9405a304d53f6c833e00928cec57cc933959c2270f9951c61e4f44c4e3fb8213ef2d3c5a5ff59cb4477679f2b786aa092ab2636b4cd6f10cbd080c8]]