UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

SAMUEL KATZ §
  *Plaintiff* §
 §
 §
 §
v. § Case No. 3:23-cv-00145-S
 §
 §
CALIBER HOME LOANS, INC., et al. §
  *Defendant* §
 §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Perkins Coie LLP                                                                                           , with offices at

505 Howard Street, Suite 1000
(Street Address)

San Francisco                              CA                    94105
(City)                                     (State)               (Zip Code)

415.344.7003                               310.843.1242
(Telephone No.)                            (Fax No.)


II.  Applicant will sign all filings with the name  David T. Biderman                                 .


III. Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Caliber Home Loans, Inc.




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: 101577    Admission date: 1981

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Central District of California | 12/14/81 | Active |
| Fourth Circuit | 12/10/88 | Active |
| Eastern District of California | 6/9/83 | Active |
| Northern District of California | 6/9/83 | Active |
| Southern District of California | 8/26/86 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

_____           _____

_____           _____

_____           _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Elizabeth Gardner_____, who has offices at

Perkins Coie LLP, 500 N. Akard Street, Suite 3300_____
(Street Address)

Dallas_____   TX_____   75201_____
(City)                           (State)         (Zip Code)

214.259.4919_____   _____
(Telephone No.)                  (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the __11th__ day of December_____, 2023____.

David T. Biderman_____
Printed Name of Applicant

*[signature]*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

September 18, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID TARO BIDERMAN, #101577 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1981 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records