-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:23-CV-00145-S |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Elizabeth Gardner, David Biderman, Kristine Kruger, and Natalie Sanders of the law firm Perkins Coie LLP, pursuant to Local Rules 7.1 and 83.12, and moves the Court to grant their withdrawal as counsel for Defendant Caliber Home Loans, Inc. ("Caliber").

1. The law firm of Perkins Coie LLP no longer represents Caliber in this matter.

2. Caliber has retained the law firm of Womble Bond Dickinson LLP to represent it going forward in this matter.

3. In accordance with LR 83.12(a), names and addresses of Caliber's succeeding attorneys are as follows:

> Tomio Narita
> Jeffrey Topor
> Dominic Luca
> 50 California Street, Suite 2750
> San Francisco, CA 94111
>
> Justin Bradley
> 550 South Main Street, Suite 400
> Greenville, SC 29601

4. No party will be prejudiced by the withdrawal of Perkins Coie LLP as Caliber has

-1-

165036573.1

retained new counsel to represent it going forward.

5. All parties consent to the relief requested.

WHEREFORE, Elizabeth Gardner, David Biderman, Kristine Kruger, and Natalie Sanders respectfully request that they be permitted to withdraw as counsel for Caliber.

Dated:  January 12, 2024                             Respectfully submitted,

/s/ *Elizabeth Gardner*
Elizabeth Gardner, Bar No. 24125910
EGardner@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201

David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105

Kristine E. Kruger, Bar No. 44612
KKruger@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099

Natalie Sanders, Bar No. 329916
NSanders@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the parties conferred via email and the Motion to Withdraw as Counsel is unopposed.

*/s/ Elizabeth Gardner*
Elizabeth Gardner

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 12, 2024, to all counsel of record, via the Court's CM/ECF system

*/s/ Elizabeth Gardner*
Elizabeth Gardner

165036573.1