IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:23-CV-00145-S |

### ORDER

Before the Court is Elizabeth Gardner, David Biderman, Kristine Kruger, and Natalie Sanders's Motion to Withdraw as Counsel for Caliber Home Loans, Inc., filed on January 12, 2024 [ECF No. __]. The Court, having reviewed the Motion, finds that the Motion should be granted. Elizabeth Gardner, David Biderman, Kristine Kruger, and Natalie Sanders are granted leave to withdraw as counsel for Caliber Home Loans, Inc.

**SO ORDERED.**

SIGNED:

_____
**KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE**

165036724.1