UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Samuel Katz, *Plaintiff* | § § § § | |
| v. | § | Case No. 3:23-cv-00145-S |
| | § § | |
| Caliber Home Loans, Inc. et al. *Defendant* | § § § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Womble Bond Dickinson (US) LLP                                                      , with offices at

50 California Street, Suite 2750
(Street Address)

San Francisco                                          CA                       94111
(City)                                                 (State)                  (Zip Code)

415.433.1900                                           415.433.5530
(Telephone No.)                                        (Fax No.)


II.  Applicant will sign all filings with the name  Dominic J. Luca                              .


III. Applicant has been retained personally or as a member of the above-named firm by:
                           (List All Parties Represented)

Caliber Home Loans, Inc.



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.   Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: 337702         Admission date: June 14, 2021

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC - Northern California | October 3, 2023 | Active |
| USDC - Central California | June 17, 2022 | Active |
| USDC - Eastern California | June 14, 2022 | Active |
| USDC - Southern California | June 14, 2022 | Active |

VI.   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

n/a

VII.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

n/a

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:  Case No. And Style:

 n/a 

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

 Xerxes Martin of Martin Golden Lyons Watts Morgan , who has offices at

 8750 N. Central Expressway, Suite 1850 
(Street Address)

 Dallas   TX   75231 
(City)   (State)   (Zip Code)

 (214) 346-2630 
(Telephone No.)   (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   11   day of January , 2024 .

 Dominic J. Luca 
Printed Name of Applicant

 /s/ Dominic J. Luca 
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

January 9, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DOMINIC J. LUCA, #337702 was admitted to the practice of law in this state by the Supreme Court of California on June 14, 2021 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records