United States Bankruptcy Court
District of Arizona

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 01/29/2024 at 1:12 PM and filed on 01/29/2024.

CONVERSION KINGS LIMITED LIABILITY COMPANY
6570 S. DELMAR PLACE
GILBERT, AZ 85298
Tax ID / EIN: 82-4100670

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| PHILIP J GILES<br>Allen, Jones & Giles, PLC<br>1850 N. Central Avenue<br>Suite 1025<br>Phoenix, AZ 85004<br>602-256-6000 | DAVID M. REAVES<br>PO BOX 44320<br>PHOENIX, AZ 85064-4320<br>602-241-0101 |

The case was assigned case number 2:24-bk-00657-MCW to Judge Madeleine C. Wanslee.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.azb.uscourts.gov/index.html or at the Clerk's Office, U.S. Bankruptcy Court, Arizona, 230 North First Avenue, Suite 101, Phoenix, AZ 85003-1727, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Khadijia V. White-Thomas
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |

| | | | |
|---|---|---|---|
| **PACER Login:** | as020115 | **Client Code:** | 07490.001 |
| **Description:** | Notice of Filing | **Search Criteria:** | 2:24-bk-00657-MCW |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

01/29/2024 13:18:55