IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 23-cv-145 |
| CALIBER HOME LOANS, INC. and CONVERSION KINGS, LLC, | | |
| Defendants. | | |

## SUGGESTION OF BANKRUPTCY

TO THE HONORABLE COURT AND ALL PARTIES:

Defendant Conversion Kings, LLC hereby files this Suggestion of Bankruptcy pursuant to the United States Bankruptcy Code. On January 29, 2024, Conversion Kings, LLC filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The case number for Conversion Kings, LLC's bankruptcy proceeding is Case No. 2:24-bk-00657-MCW, in the United States Bankruptcy Court for the District of Arizona.

The bankruptcy proceeding was filed by Philip J. Giles of Allen, Jones & Giles, PLC, whose address is 1850 N. Central Ave., Suite 1025, Phoenix, Arizona 85004. The telephone number for Conversion Kings, LLC's attorneys in the bankruptcy proceeding is (602) 256-6000. The bankruptcy trustee is David M. Reaves, whose address is P.O. Box. 44320, Phoenix, Arizona 85064. The telephone number for the bankruptcy trustee is (602) 241-0101.

In accordance with the United States Bankruptcy Code, an automatic stay is presently in effect in connection with all matters to which Conversion Kings, LLC is a party. 11 U.S.C. § 362.

Conversion Kings, LLC prays and respectfully requests that Plaintiff Samuel Katz, individually and on behalf of all others similarly situated, cease continuation of the above-numbered cause with respect to Conversion Kings, LLC, and for such other and further relief which this Court may deem equitable and just.

Respectfully submitted,

*/s/ Elizabeth H. Gebert*
Cody L. Towns
Texas Bar No. 24034713
Elizabeth H. Gebert
Texas Bar No. 24125264
**TOWNS LAW FIRM, P.C.**
4835 Lyndon B. Johnson Fwy., Suite 750
Dallas, Texas 75244
Telephone: (469) 421-1500
Facsimile: (469) 421-1505
Email: ctowns@townslawfirm.com
         egebert@townslawfirm.com

**ATTORNEYS FOR DEFENDANT
CONVERSION KINGS, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 29, 2024, a true and correct copy of this document was served via email on all counsel of record.

>  */s/ Elizabeth H. Gebert*
>  Elizabeth H. Gebert