# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL KATZ, Individually and on Behalf of All Others Similarly Situated<br><br>v.<br><br>CALIBER HOME LOANS, INC., and CONVERSION KINGS, LLC | § § § § § § § § | CIVIL ACTION NO. 3:23-CV-0145-S |

## ORDER

The Court has been notified that on January 29, 2024, Defendant Conversion Kings, LLC, filed a petition for bankruptcy under Chapter 7 of the United States Bankruptcy Code. Pursuant to Section 362 of the Bankruptcy Code, an automatic stay is now in effect. Accordingly, this case is administratively closed without prejudice to its being reopened after the related bankruptcy proceeding is concluded or the stay is lifted.

**SO ORDERED.**

SIGNED January 30, 2024.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**