## United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL KATZ, Individually and on Behalf of All Others Similarly Situated | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-0145-S |
| CALIBER HOME LOANS, INC., and CONVERSION KINGS, LLC | § § § | |

### ORDER

Before the Court is Plaintiff Samuel Katz's Motion to Lift Administrative Stay as Against Defendant Caliber Home Loans, Inc. ("Motion") [ECF No. 100]. The Court has reviewed and considered the Motion, Defendant Caliber Home Loans, Inc.'s Opposition to the Motion [ECF No. 101], Plaintiff's Reply in Support of the Motion [ECF No. 102], and the applicable law. Under the particular circumstances of this case, and in the interest of justice and to appropriately control the Court's docket, the Court **DENIES** the Motion. *See Blundell v. Home Quality Care Home Health Care, Inc.*, No. 3:17-CV-1990-L-BN, 2017 WL 5889715, at *6 (N.D. Tex. Nov. 29, 2017). This case is to remain **STAYED and ADMINISTRATIVELY CLOSED** without prejudice to its being reopened after the related bankruptcy proceeding is concluded or the stay is lifted.

**SO ORDERED.**

SIGNED April 9, 2024.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**