**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No. 3:23-cv-0145-S |
| v. | |
| CALIBER HOME LOANS, INC. and CONVERSION KINGS, LLC, | |
| Defendants. | |

**[PROPOSED ORDER GRANTING]**

**PLAINTIFF'S MOTION TO REOPEN CASE AND LIFT ADMINISTRATIVE STAY**

AND NOW, this _____ day of _____, 2026, it is hereby

ORDERED that this case is reopened. The Court will set an appropriate schedule to govern the

progression of this case.


*BY THE COURT:*


_____, J.

1