# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SAMUEL KATZ, Individually and on Behalf of All Others Similarly Situated | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-0145-S |
| CALIBER HOME LOANS, INC., and CONVERSION KINGS, LLC | § § § | |

## ORDER

Before the Court is Plaintiff's Motion to Reopen Case and Lift Administrative Stay ("Motion") [ECF No. 104]. On January 30, 2024, the Court noted that the automatic stay was in effect due to Defendant Conversion Kings, LLC's bankruptcy and administratively closed this case. The bankruptcy case is now closed. Pursuant to the Motion, the Clerk of the Court is directed to **REOPEN** this case. The parties are **ORDERED** to submit a proposed scheduling order by no later than **August 12, 2026**.

**SO ORDERED.**

SIGNED July 29, 2026.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**