**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated,<br><br><br>Plaintiff,<br>v.<br><br>CALIBER HOME LOANS, INC. and CONVERSION KINGS, LLC<br><br><br>Defendants. | Case No. 23-cv-145 |

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's July 29, 2026 Order reopening this action and directing the parties to submit a proposed scheduling order, the parties[1] respectfully submit the following proposed deadlines, as set forth below, which preserve the sequence and relative intervals established by the Court's prior scheduling order while accounting for the period during which this action was administratively stayed. The parties acknowledge that, although Defendant Conversion Kings, LLC's bankruptcy proceeding has concluded, additional discovery relating to Conversion Kings remains necessary for the orderly resolution of this litigation. The proposed schedule is intended to provide sufficient time for the parties to obtain that discovery through this action or, if appropriate, through other available legal procedures.

| Event | Proposed Deadline |
|---|---|
| Plaintiff's Expert Witness Disclosures | Monday, March 22, 2027 |
| Defendants' Expert Witness Disclosures | Monday, May 24, 2027 |
| Rebuttal Expert Witness Disclosures | Tuesday, June 22, 2027 |

---

[1] Counsel for Conversion Kings, LLC did not sign or participate in this joint report as they noted that they intend to file a motion to withdraw.

| | |
|---|---|
| Motion for Class Certification | Tuesday, June 22, 2027 |
| Response to Motion for Class Certification | Monday, August 23, 2027 |
| Reply in Support of Motion for Class Certification | Tuesday, September 7, 2027 |
| Discovery Deadline | Tuesday, September 7, 2027 |
| Dispositive Motions | Monday, November 8, 2027 |
| Joint Pretrial Materials and Rule 26(a)(3) Disclosures | Monday, March 6, 2028 |
| Final Pretrial Conference | Monday, March 20, 2028 |
| Trial | Monday, March 27, 2028, or on the Court's next available trial docket |

RESPECTFULLY SUBMITTED AND DATED this August 11, 2026.

 /s/ *Anthony I. Paronich*
Anthony I. Paronich,
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
Email: anthony@paronichlaw.com
  *Attorney for Plaintiff*


  */s/ Jeffrey A. Topor*
  Jeffrey A. Topor, CA Bar No. 195545 (Pro Hac Vice)
  jeff.topor@wbd-us.com
  WOMBLE BOND DICKINSON (US) LLP
  50 California Street, Suite 2800
  San Francisco, CA 94111

  *Attorneys for Defendant  Caliber Home Loans, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2026, I electronically filed the forgoing through the

Court's CM/ECF system.

/s/ *Anthony I. Paronich*
Anthony I. Paronich