**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SAMUEL KATZ, individually and on behalf of all others similarly situated,** | § § | |
| **Plaintiff,** | § § § | |
| **v.** | § | **Case No. 3:23-cv-00145-S** |
| **CALIBER HOME LOANS, INC. and CONVERSION KINGS, LLC,** | § § § § | |
| **Defendants.** | § § | |

**MOTION TO WITHDRAW AS CONVERSION KINGS, LLC'S COUNSEL**

Cody Towns and Elizabeth Gebert of Towns Law Firm, P.C. ("Towns Law Firm") file this Motion to Withdraw as Conversion Kings, LLC's ("Conversion Kings") counsel. In support thereof, Towns Law Firm respectfully shows the Court as follows:

## I. MOTION TO WITHDRAW

1. Towns Law Firm currently represents Conversion Kings in this matter.

2. Towns Law Firm requests permission to withdraw from representation of Conversion Kings in this case.

3. Towns Law Firm was informed by Phil Giles, Conversion Kings' bankruptcy attorney, and Frank Wood, one of Conversion Kings' former employees and Towns Law Firm's sole contact with Conversion Kings prior to its bankruptcy, that Conversion Kings is a defunct entity with no assets, and that Conversion Kings is no longer in operation. Because Conversion Kings no longer exists, and there are no employees, principals, representatives, or agents of Conversion Kings, Towns Law Firm does not have contact with any person currently associated

with Conversion Kings, as there apparently are none, nor does it have authority to represent Conversion Kings in this matter.

4. Counsel for Defendant Caliber Home Loans, Inc. is not opposed to the relief sought in this motion. Counsel for Plaintiff Samuel Katz is opposed to the relief sought in this motion.

5. Towns Law Firm only has contact information for Frank Wood, the former employee for Conversion Kings, and Phil Giles, Conversion Kings' bankruptcy attorney.

6. Towns Law Firm will deliver a copy of this motion to Phil Giles and inform him of Conversion Kings' right to object to this motion. However, since there are no employees, principals, representatives, or agents of Conversion Kings, as it is apparently no longer in existence, Towns Law Firm cannot obtain Conversion Kings' signature to this motion.

7. Phil Giles' contact information is as follows:

Phil Giles
1850 N. Central Ave., Suite 1025
Phoenix, AZ 85004
(602) 256-6000
pgiles@bkfirmaz.com

8. The Court entered its Second Amended Scheduling Order on August 13, 2026. ECF No. 113. Accordingly, there are pending deadlines and settings in this matter, including the trial setting beginning on March 27, 2028, of which Towns Law Firm will inform Frank Wood and Phil Giles should the Court grant this motion by delivering a copy of the order. ECF No. 113.

9. Towns Law Firm will give Frank Wood and Phil Giles the contact information for the counsel for all other parties to this suit should the Court grant this motion.

10. This motion is not sought for the purpose of delay. Towns Law Firm's withdrawal will not disrupt the lawsuit.

## II. CONCLUSION

Towns Law Firm prays and respectfully requests that the Court permit its withdrawal as counsel for Defendant Conversion Kings, LLC in this matter.

Respectfully submitted,

*/s/ Elizabeth H. Gebert*
Cody L. Towns
Texas Bar No. 24034713
Elizabeth H. Gebert
Texas Bar No. 24125264
**TOWNS LAW FIRM, P.C.**
4851 Lyndon B. Johnson Fwy., Suite 720
Dallas, Texas 75244
Telephone: (469) 421-1500
Facsimile: (469) 421-1505
Email: ctowns@townslawfirm.com
egebert@townslawfirm.com

**ATTORNEYS FOR DEFENDANT CONVERSION KINGS, LLC**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Plaintiff Samuel Katz and Defendant Caliber Home Loans, Inc. regarding the relief sought in this motion over email. On August 7, 2026, Plaintiff's counsel indicated that Plaintiff is opposed to Towns Law Firm's request. On August 10, 2026, Caliber Home Loans, Inc.'s counsel indicated that it is not opposed to Towns Law Firm's request.

Dated this 18th day of August, 2026.

*/s/ Elizabeth H. Gebert*
Elizabeth H. Gebert

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served electronically on all counsel of record in this matter, and to Conversion Kings via email as outlined herein, on August 19, 2026.

*/s/ Elizabeth H. Gebert*
Elizabeth H. Gebert