**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CALIBER HOME LOANS, INC. and CONVERSION KINGS, LLC<br><br>Defendants. | Case No. 23-cv-145 |

**PLAINTIFF'S MOTION TO COMPEL**
**<u>DISCOVERY RESPONSES FROM CONVERSION KINGS, LLC</u>**

Plaintiff Samuel Katz moves this Court for entry of an order compelling certain discovery responses from Conversion Kings, LLC. In support thereof, Plaintiff incorporates and submits the accompanying Memorandum of Law.

**Dated: August 31, 2026**

*<u>/s/ Andrew Perrong</u>*
Andrew Perrong
Email: a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529

**<u>Certificate of Service</u>**

I, hereby certify that on August 31, 2026, I served the foregoing by filing a copy via CM/ECF.

*<u>/s/ Andrew Perrong</u>*
Andrew Perrong
Email: a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529