**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CALIBER HOME LOANS, INC. and CONVERSION KINGS, LLC<br><br>Defendants. | Case No. 23-cv-145 |

**[PROPOSED ORDER GRANTING]**
**PLAINTIFF'S MOTION TO COMPEL**
**DISCOVERY RESPONSES FROM CONVERSION KINGS, LLC**

AND NOW, this _________ day of ___________________, 2026, upon consideration of the Plaintiff's Motion to Compel, this Court does hereby ORDER, DECREE, and ADJUDGE:

- Defendant is ordered to produce responses, without objection, to Requests for Production No. 3, 6, 7, 8, 9, 11, 12, 13, 14, 15, 18, 19, and 20 and verified responses to Interrogatories 2, 3, 4, 5, 6, 9, and 11 no later than ____________________.

_______________________________

J.