**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 3:23-cv-00145-S |
| v. | § | |
| | § | |
| CALIBER HOME LOANS, INC. and CONVERSION KINGS, LLC, | § | |
| | § | |
| Defendants. | § | |

**[PROPOSED ORDER ON]**
**MOTION TO WITHDRAW AS COUNSEL FOR CONVERSION KINGS, LLC**

AND NOW, this _________ day of __________________, 2026, upon consideration of the Defendant Conversion Kings, LLC's Motion to Withdraw, and the opposition thereto, this Court does hereby ORDER, DECREE, and ADJUDGE:

1. Towns Law Firm shall produce to Plaintiff the non-privileged Conversion Kings documents, data, and electronically stored information within its possession, custody, or control that are responsive to Plaintiff's outstanding written discovery, including any calling or dial records, campaign or lead files, vendor records, consent records, and agreements and communications with Caliber, or shall certify under oath that it has none, and shall serve a privilege log for anything withheld.

2. Towns Law Firm shall file a declaration identifying, to the extent of its knowledge, every person or entity believed to have custody of Conversion Kings' records, including Mr. Muthaler, LeadMax LLC, Mr. Wood, the Chapter 7 trustee, Pox Accounting, the staffing agency or call center that supplied dialers, and any dialing or telephony vendors, and stating whether Conversion Kings' records were scheduled in the bankruptcy, surrendered to the trustee under 11 U.S.C. § 521(a)(4), abandoned, sold, transferred, or destroyed, and if so, when and to whom.

3. Towns Law Firm shall preserve its client file and all Conversion Kings documents and data in its possession pending further order, and shall not destroy, return, or transfer that material absent leave of Court.

4. Conversion Kings' objections to Plaintiff's January 8, 2024 discovery responses, other than privilege, shall be deemed waived, or the Court shall set a briefing schedule on Plaintiff's motion to compel before withdrawal becomes effective.

5. Towns Law Firm shall serve the order granting withdrawal, the Second Amended Scheduling Order (ECF No. 113), and Plaintiff's outstanding discovery on Mr. Muthaler and Mr. Wood, with notice that Conversion Kings cannot appear except through licensed counsel and that failure to appear may result in default and other sanctions, and shall file proof of service.

6. The Court shall set a status conference and direct that Mr. Muthaler appear on behalf of Conversion Kings to address whether substitute counsel will be retained, whether Conversion Kings intends to defend, and the location and disposition of the company's business records.

7. Withdrawal shall be without prejudice to Plaintiff's right to seek entry of default under Rule 55(a) and production from Caliber of any Conversion Kings material in Caliber's possession, custody, or control.

________________________________

J.