# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL KATZ, Individually and on Behalf of All Others Similarly Situated | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0145-S |
| | § | |
| CALIBER HOME LOANS, INC., and CONVERSION KINGS, LLC | § | |

## ORDER

Before the Court is the Motion to Withdraw as Conversion Kings, LLC's Counsel ("Motion") [ECF No. 115]. The Court, having reviewed the Motion and Plaintiff's Opposition to the Motion ("Response") [ECF No. 119], finds that good cause has been shown and **GRANTS** the Motion. Cody Towns and Elizabeth Gebert of Towns Law Firm, P.C., are granted leave to withdraw as counsel for Defendant Conversion Kings, LLC.

It is further **ORDERED** that the Clerk of the Court is directed to remove Cody Towns and Elizabeth Gebert as counsel for Conversion Kings on the docket, including the Court's ECF system maintained in the above-styled case.

In the Motion, counsel represent that "Conversion Kings no longer exists, and there are no employees, principals, representatives, or agents of Conversion Kings." Mot. ¶ 3. Thus, the Court is currently unaware of any last known address that can be used on the docket sheet for Conversion Kings. The Court **ORDERS** Towns and Gebert to send a copy of this Order to Frank Wood, a "former employee" named in the Motion, *id.* ¶ 5, and to Phil Giles, Conversion Kings' bankruptcy attorney, at the address included in the Motion, *see id.* ¶ 7. However, this Order should not be taken to mean that Giles is representing Conversion Kings in this case or to require him to do so.

Further, the Court cautions that Conversion Kings, as a limited liability company, is not permitted to proceed pro se in federal court. Accordingly, it is **ORDERED** that, by **September 25, 2026**, Conversion Kings must obtain new counsel. If Conversion Kings fails to secure new counsel by the Court-ordered deadline, its defenses may be subject to being stricken, and it may be subject to default judgment.

In the Response, Plaintiff notes that he has requested that Conversion Kings produce certain documents, including "calling records," in this case and that they may be in the possession of Towns and Gebert. Resp. 6. As such, the Court **ORDERS** Towns, Gebert, and Towns Law Firm, P.C., to turn over copies of the requested documents, *see* Resp. 8 ¶ 1, in the manner they are kept, either in electronic or hard copy, to Phil Giles and/or any appropriate corporate representative of Conversion Kings. Privileged documents need not be produced, but counsel must create a privilege log identifying any such privileged documents and provide the privilege log to Giles. The Court **ORDERS** Towns, Gebert, and Towns Law Firm, P.C., to retain the documents pending further order of this Court or any other court.

Finally, the Court **STAYS** Plaintiff's Motion to Compel Discovery Responses from Conversion Kings, LLC [ECF No. 117] pending appearance of counsel for Conversion Kings or further Court order.

**SO ORDERED.**

SIGNED September 4, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**